# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 11-00297-01-CR-W-DW |
| | ) |
| MANUEL OTERO-FIGUEROA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Magistrate Judge Sarah W. Hays' Report and Recommendation granting Defendant's motion to suppress (Doc. 31). The parties have filed joint notice to the Court that neither party has objections to Judge Hays' Report and Recommendation. After an independent review of the record and the applicable law, the Court adopts Judge Hays' findings of fact and conclusions of law. Accordingly, it is hereby ORDERED that:

(1) Judge Hays' Report and Recommendation (Doc. 31) be attached to and made a part of this Order; and

(2) Defendant's Motion to Suppress Evidence (Doc. 21) is GRANTED.

SO ORDERED.


Date:   July 2, 2012                                /s/ Dean Whipple
                                                       Dean Whipple
                                               United States District Judge